IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVON HENDERSON, | No. 4:22-CV-00206 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

### FEBRUARY 15, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Rule 12(b)(1) motion to dismiss, Doc. 17, is **GRANTED.**

2. Henderson's complaint is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order is **DEEMED** frivolous and not in good faith.[1]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] See 28 U.S.C. § 1915(a)(3).